Attorneys for Plaintiff(s), Robert Landers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-4171 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Robert Landers and Shirley Smith,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Robert Landers, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009     By: _____
                          Robert L. Salim
                          LAW OFFICE OF ROBERT L. SALIM
                          1901 Texas Street
                          Natchitoches, LA 71457
                          Phone: 877.807.2924 (toll-free)
                          Fax: 318.354.1227
                          Attorneys for Plaintiff(s), Robert Landers

DATED: Oct. 21, 2009     By: _____
                          DLA PIPER LLP (US)
                          1251 Avenue of the Americas
                          New York, NY 10020
                          Telephone: (212) 335-4500
                          Facsimile: (212) 335-4501
                          Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009     _____
                         Hon. Charles R. Breyer
                         United States District Court

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**